**VU.S.A. LAW OFFICES**

**VU.S.A. LAW OFFICES, APC**
MICHAEL CHINH VU, SBN 178148
142 EAST MISSION STREET
SAN JOSE, CA 95112
TELEPHONE: (408) 288-7400
FACSIMILE: (408) 288-7798
EMAIL: MICHAELVU@VUSALAW.COM

**Attorney for Defendant**
EVERGREEN JOINT VENTURES, LLC

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE AVALOS,**<br>             Plaintiff<br><br>Versus<br><br>**EVERGREEN JOINT VENTURES, LLC, ET AL.,**<br>             Defendants | **CASE NO. 1:20-CV-01546-AWI-SAB**<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Defendant hereby submits its initial Certificate of Interested Entities or Persons as follows:

The undersigned, by his signature herebelow, certifies to the best of his knowledge, as of the date of signing of this certification, there is no such interested entities or persons to report.

Respectfully submitted,

**VU.S.A. LAW OFFICES, APC**

Dated: December 07, 2020

_____
Michael Chinh Vu, Esq.
Attorney for Defendant