# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EVERGREEN JOINT VENTURES, LLC,<br><br>　　　　Defendant. | Case No.  1:20-cv-01546-AWI-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 11)<br><br>THIRTY DAY DEADLINE |

　　　　On January 19, 2021, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action.  (ECF No. 11.)

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1.　　All pending matters and dates are VACATED; and

　　　　2.　　The parties shall file dispositional documents within **thirty (30) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:　__**January 20, 2021**__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1